**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02187-TPO

ACACIA LYN-DARR,

Plaintiff,

v.

JOHN PANNUNZIO,
DON LEACH,
JEREMY BACOR,
BYRON FRANKLIN,
TROY KOCHEVAR,
GREG PURKETT,
RONALD THURSTON,
LEROY MORA,
JC WILLIAMS,
PUEBLO COUNTY BOARD OF COMMISSIONERS,
PUEBLO COUNTY,
PUEBLO COUNTY SHERIFF'S OFFICE,
BRADLEY PRATT, and
CITY OF COLORADO SPRINGS,

Defendants.

---

**AFFIDAVIT OF ELIZABETH MEYER**

---

I, Elizabeth Meyer, being first duly sworn, deposes and states as follows:

1. I am a Senior Claims Adjustor for the City of Colorado Springs ("City") in the Risk Management Department. I have been with the City since 2005 and a claims adjuster since 2010.

2. The City's Risk Management Department maintains a file where it stores notices of claims that the City has received. As a Senior Claims Adjustor, I have access to this file and can

**EXHIBIT A**

search it for individual claims. At the request of the City Attorney's Office, I have searched this file for a notice of claim submitted by Acacia Lyn-Darr. My search revealed no results.

3. Therefore, it is my belief that the City has not received any notice of claim from Ms. Lyn-Darr for any incident.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 26th day of August, 2026.

Elizabeth Meyer

Subscribed and sworn before me this 26th day of August, 2026, by Elizabeth Meyer.

Witness my hand and official seal.

Notary Public

AMY L. MCKIMMEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144030301
MY COMMISSION EXPIRES AUGUST 1, 2030

My Commission expires: 8/1/30



EXHIBIT A